DET 0 8 8 7 2 0

3

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Leon Frenkel | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kenneth H. Baker, Et. Al. | ) |
| *Defendant* | ) |

Case: 2:15-mc-51595
Judge: Rosen, Gerald E.
MJ: Majzoub, Mona K.
Filed: 11-12-2015 At 02:10 PM
CJ Leon Frenkel v Kenneth H Baker Et Al (wh)

Civil Action No. 13-cv-5880

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     11/4/14     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     10/20/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON FRENKEL, | : |
|     Plaintiff, | :    CIVIL ACTION |
| v. | : |
| KENNETH H. BAKER, *et al.*, | :    No. 13-5880 |
|     Defendants. | : |

## ORDER

**AND NOW**, this 4th day of **November, 2014**, on consideration of Plaintiff's Application for Default Judgment and accompanying memorandum (Document Nos. 63 and 64), and for the reasons provided in this Court's Memorandum dated November 4, 2014, it is hereby **ORDERED** that:

1. The Court denies default judgment against Baker on Counts I, II, VI, VIII, IX, X, XI, XIV, XV, and XVI.

2. The Court enters default judgment against Webster on Counts I, II, V, VII, VIII, and IX.

3. The Court enters default judgment against Baker Enterprises on Counts I, II, VI, VIII, IX, X, XI, XIV, XV, and XVI.

4. The Court enters default judgment against Baker Group on Counts I, II, VIII, IX, X, XI, XV, and XVI.

5. The Court enters default judgment against New Life Church on Counts X, XI, XV, and XVI and dismisses New Life Church from Counts I, II, VIII, and IX.

6. The Court enters default judgment against Fitzgerald on Counts I, II, VIII, and IX.

7. The Court dismisses Klein from Counts I, II, VIII, and IX.

8. The Court enters default judgment against Kumar on Counts I, VIII, and IX.

9. The Court enters default judgment against E-Title on Counts I, VIII, and IX.



10. The Court enters default judgment against King on Counts X, XI, XV, and XVI.

11. The Court enters default judgment against Four Kings on Counts X, XI, XV, and XVI.

12. On Counts I, II, V, VI, VII, VIII, and IX, Webster, Baker Enterprises, Baker Group, Fitzgerald, Kumar, and E-Title are jointly and severally liable for damages of $250,000, representing the lost Frenkel Funds.

13. On Count VI, Baker Enterprises is additionally liable for $61,541.10 in interest plus $102.74 per diem.

14. On Counts X, XI, XIV, XV, and XVI, Baker Enterprises, Baker Group, New Life Church, King, and Four Kings are jointly and severally liable for $250,000 in damages, representing the lost Sugar Deposit.

15. On Count XIV, Baker Enterprises is additionally liable for $43,150.68 in interest plus $82.19 per diem.

16. On Counts VI and XIV, Baker Enterprises is further liable for $11,515 in attorneys' fees and $92.70 in litigation costs.

BY THE COURT:

_____
Berle M. Schiller, J.