| Approved, SCAO | | Original-Court |
| --- | --- | --- |
| | | 1st copy-Plaintiff |
| | | 2nd copy-Garnishee |
| | | 3rd copy-Defendant |

| STATE OF MICHIGAN | FILED | CASE NO. |
| --- | --- | --- |
| JUDICIAL DISTRICT | JUN 9 2016 | 2:15MC-51595 |
| JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | |
| | CLERK'S OFFICE | |
| | U.S. DISTRICT COURT | |

| Court address | Court telephone no. |
| --- | --- |
| USDC EASTERN DISTRICT OF MICHIGAN, 231 W LAFAYETTE BLVD, DETROIT MI 48226 | 313-234-5005 |

| Plaintiff's name and address | | Defendant's name, address, soc. sec. no. or employee ID no. |
| --- | --- | --- |
| LEON FRENKEL<br>401 CITY AVENUE<br>SUITE 528<br>BALA CYNWYD, PA 19004 | v | E TITLE AGENCY<br>777 EAST EISENHOWER PARKWAY, SUITE 108A, ANN ARBOR MI 48108 AND/OR 372 SEDGEWOOD LANE, ANN ARBOR MI 48103 |
| Plaintiff's attorney, bar no. address, and telephone no. | | Garnishee's name and address |
| MAURICE R MITTS<br>1822 SPRUCE STREET<br>PHILADELPHIA PA 19103 | | Michigan Department of Treasury<br>Third Party Withholding<br>PO Box 30785<br>Lansing MI 48909 |

SEE INSTRUCTIONS ON NEXT PAGE

1. This disclosure is for a writ of garnishment issued on 04/12/16 and received by garnishee on 05/20/16.
   - ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on 05/25/16.
   - ☐ b. The garnishee was unable to mail of deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**
- ☒ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
   Reason: THE DEFENDANT INFORMATION SUBMITTED ON THE WRIT FOR GARNISHMENT DOES NOT MATCH THE UNCLAIMED PROPERTY RECORDS AS TO NAME AND/OR ADDRESS. DEFENDANT TAX ID NUMBER NOT PROVIDED SO UNABLE TO MATCH UNCLAIMED PROPERTY RECORDS FOR TAX ID NUMBER
- ☐ b. is indebted to defendant for non-periodic payments as follows:

_____

| Description of property, money, negotiable instruments, etc. under garnishee's control | Type of account and account no. if applicable |
| --- | --- |

The amount to be withheld is $ _____ and does not exceed the amount stated in item 2. Of the writ.

**Periodic Garnishments**
- ☐ c. is not obligated to make periodic payments to the defendant during the 182 day period.
   Reason: ☐ not employed.   ☐ other _____
- ☐ d. is obligated to make periodic payments to the defendant during the 182 day period as follows:
   Payments are for   ☐ earnings   ☐ non-earnings _____
   specify nature of payment (see instructions on next page)
   Payments are made  ☐ weekly  ☐ bi-weekly  ☐ semi-monthly.  ☐ monthly.  ☐ other: _____
   frequency of payment
   A higher priority writ/order   ☐ is   ☐ is not   currently in effect. (if a higher priority writ/order is in effect, complete the following)

_____

| Name of court that issued higher priority writ/order | Case Number | Date issued | Date Served |
| --- | --- | --- | --- |

Withholding under this writ
- ☐ will begin immediately if sufficient funds are available
- ☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other: _____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

| 06/02/16 | *EMILY CAVANAUGH* |
| --- | --- |
| Date | Garnishee/Agent/Attorney signature |

**I certify that:**
- on 06/02/16 I mailed or personally delivered a copy of this disclosure with the court.
- on 06/02/16 I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
- on 06/02/16 I mailed or personally delivered a copy of this disclosure to the defendant.

| 06/02/16 | *EMILY CAVANAUGH* |
| --- | --- |
| Date | Garnishee/Agent/Attorney signature |

**DO NOT Include Your Payment With This Disclosure. See item 3. Of the instructions for details.**

| MC 14 (9/97) | GARNISHEE DISCLOSURE | 15 USC 1652, 15 USC 1673, MCR 3.101 |